IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Price Jr, Charles S | Case Number: 08 B 02111 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 5/1/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: March 2, 2009
Confirmed: June 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,540.00 |  |
| Secured: |  | 1,865.73 |
| Unsecured: |  | 507.51 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 166.76 |
| Other Funds: |  | 0.00 |
| Totals: | 2,540.00 | 2,540.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---:|---:|
| 1. Ford Consumer Finance Company | Secured | 0.00 | 0.00 |
| 2. Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. American General Finance | Secured | 1,865.73 | 1,865.73 |
| 4. Ford Motor Credit Corporation | Unsecured | 4,749.73 | 362.25 |
| 5. Chase Bank USA NA | Unsecured | 1,904.53 | 145.26 |
| 6. Capital One | Unsecured |  | No Claim Filed |
| 7. American Express | Unsecured |  | No Claim Filed |
| 8. Sprint | Unsecured |  | No Claim Filed |
|  |  | $ 8,519.99 | $ 2,373.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 56.84 |
| 6.6% | 109.92 |
|  | $ 166.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

